**Emmanuel E. SEWELL,**
**Plaintiff–Appellant,**

**v.**

**Acting Commissioner J. Michael STOUFFER; Warden Bobby P. Shearin; Captain Stotter; Lt. J.L. Harbaugh; Lt. D. Durst; Lt. J.W. Haggard; Lt. Hench; Sgt. R.H. Liphold, Jr.; Sgt. R.R. Shank; Sgt. G.B. McAlpine; Sgt. M. Burger; D.L. Smith; Sgt. Simmons; Sgt. Lancaster; Sgt. McKenzie; J.A. Kennell; K.E. Crowe; D.S. Caple; R.A. Kruise; D.E. Richard; P. Deist; B. Briskey; R.R. Hollins; Wheatstone; J.W. Pritts; D. Michael; M. Hubner, Defendants–Appellees.**

No. 12–6680.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2012.

Decided: Sept. 18, 2012.

Emmanuel E. Sewell, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Douglas F. Gansler, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel E. Sewell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sewell v. Stouffer,* No. 8:11–cv–01584–DKC, 2012 WL 1118213 (D.Md. Apr. 2, 2012). We deny Sewell's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*